IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Criminal No. 1:10CR384 |
| v. | ) | |
| | ) | |
| LUIS ALBERTO NAPAN, | ) | Trial Date: January 27, 2011 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER PERMITTING THE USE OF THE DOCUMENT CAMERA AND TRIAL PRESENTATION SOFTWARE AT TRIAL

The parties in this matter shall be permitted to make use of the document camera in the courtroom and/or trial presentation software to publish admitted photographs and documents, as permitted by the Court at the upcoming trial.

The Honorable T.S. Ellis, III
United States District Judge

Date: January 19, 2011.

/s/
T. S. Ellis, III
United States District Judge