Date: 1/14/2011      Judge: ELLIS            Reporter: M.Rodriquez
Time: 12:00 to 1:01                          Interpreter: Erin Gaston-Owen; Eva Desrosiers
                                             Language: Spanish

UNITED STATES of AMERICA
         Vs.

 Luis Alberto Napan                          1:10cr384
Defendant's Name                             Case Number

 Jerry Phillips                              Andrew Peterson, Scott Nussbum
Counsel for Defendant                        Counsel for U.S.

Matter called for:

X  Motions          __ Setting Trial Date   __ Change of Plea Hrg.   __ Plea
__ Arraignment      __ Appeal from USMC     __ Sentencing            __ Rule 20 & Plea
__ Probation/Supervised Release Hrg.        __ Pre-Indictment Plea   __ Other: _____

Defendant appeared:  X  in person
                     X  with Counsel  __ without Counsel  __ through counsel
Filed in open court:
__ Criminal Information __ Plea Agreement __ Statement of Facts __ Waiver of Indictment __ Discovery Order

Arraignment & Plea:
__ WFA  __ FA  __ PG  __ PNG  Trial by Jury: __ Demanded  __ Waived

_____ Days to file Motions with Argument on _____ at _____.
Defendant entered Plea of Guilty as to Count(s)_____.
Motion for Dismissal of Count(s)_____ by U.S.  __ by Deft.
__ Order entered in open court  __ Order to follow
Defendant directed to USPO for PSI: __ Yes  __ No
Case continued to  Thursday, January 20, 2011  at  3:00 PM  for:  __ Jury Trial
__ Bench Trial       __ Sentencing        X  Evidentiary Hearing
US Rule 35 motion for reduction of sentence __ Granted __ Denied.
Sentence of ____ Months heretofore imposed is reduced to a term of _____.
Defendant __ Admits __ Denies violation of the conditions of probation/supervised release.
Court: ( ) finds  ( ) does not find defendant in violation of conditions of probation/supervised release.
Defendant is committed to the custody of the US Atty general to serve a term of: _____ Months.

 Govt adduces evidence: witnesses sworn and testified: USPO Inspector Stephen Tracey (Govt Exh 6A, 6B admitted); John

Bellis, CBP Officer. Govt will need further witness(es) to address supplemental filings by the deft; further evidentiary

hearing set on Thursday, 1/20/2011 @ 3:00 PM.

All Exhibits must be filed with the Clerk ____ days prior to trial.
Bond Set at: $ _____ __ Unsecured __ Surety __ Personal Recognizance
__ Release Order Entered __ Deft. Remanded __ Deft. Released on Bond __ Deft. Detained

Defendant is: __ In Custody  X  On bond  __ Summons Issued  __ Warrant Issued


     X  CM/ECF       ___ JURY
     ___ USPO